**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone:  (415) 488-804
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Stephen Jones

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN JONES;** | Case Number:   3:19-cv-01073-W-MDD |
| Plaintiff, | *HON. JUDGE THOMAS J. WHELAN* |
| v. | *MAGISTRATE JUDGE MITCHELL D. DEMBIN* |
| **AARON'S, INC.;** | |
| Defendant. | **NOTICE OF SETTLEMENT** |
| **AARONS, INC.,** | |
| Counter-Claimant, | |
| v. | |
| **STEPHEN JONES,** | |
| Counter Defendant. | |

**TO THE COURT:**

Plaintiff **STEPHEN JONES** ("Plaintiff"), through counsel, hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and respectfully requests that the Court grant Plaintiff until October 24, 2019, to file the expected Notice of Voluntary Dismissal.

DATED: October 9, 2019      **THE CARDOZA LAW CORPORATION**

BY: /s/ LAUREN B. VEGGIAN
MICHAEL F. CARDOZA, ESQ.
LAUREN B. VEGGIAN, ESQ.
ATTORNEYS FOR PLAINTIFF,
STEPHEN JONES

# CERTIFICATE OF SERVICE

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document.

I also hereby certify that on October 9, 2019, I electronically filed a true and correct copy of the foregoing Notice of Settlement with the Clerk of the Court for the United States District Court for the Southern District Of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

**THE CARDOZA LAW CORPORATION**

DATED: October 9, 2019

BY: /S/ LAUREN B. VEGGIAN
MICHAEL F. CARDOZA, ESQ.
LAUREN B. VEGGIAN, ESQ.
ATTORNEYS FOR PLAINTIFF,
STEPHEN JONES