UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JONES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AARON'S, INC.,<br><br>　　　　　　　　　　Defendant.<br>_____<br><br>And Related Counterclaim. | Case No.:  19-CV-1073 W (MDD)<br><br>**ORDER DISMISSING CASE** |

The parties have filed a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [Doc. 16], which provides for dismissal without a Court order. Pursuant to the parties' stipulation, this matter is **DISMISSED**.

Dated:  October 21, 2019

_____
Hon. Thomas J. Whelan
United States District Judge

1